IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL CHILDS**, *Plaintiff*, v. **FITNESS INTERNATIONAL LLC d/b/a LA FITNESS**, *Defendant.* | Case No.  2:22-cv-05196-JDW |

### ORDER

**AND NOW**, this 22nd day of May, 2023, upon consideration of Defendant Fitness International LLC's Motion To Compel Arbitration (ECF No. 11) and Motion To Dismiss For Failure To State A Claim (ECF No. 13), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion To Compel Arbitration (ECF No. 11) is **DENIED**;

2. The Motion To Dismiss (ECF No. 13) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Counts II (Invasion Of Privacy), III (Assault And Battery), and IV (Sexual Harassment) are **DISMISSED WITH PREJUDICE**;

    b. The Motion is **DENIED** as to all other Counts.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.